CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 27 2013

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| COREY JERMAIN SMITH, | ) | CASE NO. 7:13CV00329 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| LT. ELY, ET AL., | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's "motion for injunction" (ECF No. 14), which the court construes as a motion for preliminary injunction, is **DENIED**, but in the interest of justice, the court hereby **REQUESTS** that prison officials make every effort to preserve the video footage requested in plaintiff's "motion for discovery" (ECF No. 13) until this case is fully resolved.

ENTER: This 27th day of August, 2013.

/s/ James C. Turk
Senior United States District Judge