CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

OCT 11 2013

JULIA ___ ___, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **COREY JERMAINE SMITH,** | ) | **CASE NO. 7:13CV00329** |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| | ) | |
| **LT. ELY, ET AL.,** | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

that plaintiff's motion for interlocutory injunctive relief (ECF No. 45) is **DENIED.**

**ENTER:** This _11th_ day of October, 2013.

_____
Senior United States District Judge