CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 25 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| COREY JERMAIN SMITH, | CASE NO. 7:13CV00329 |
| Plaintiff, | |
| v. | FINAL ORDER |
| LT. ELY, ET AL., | By: James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil rights action brought under 42 U.S.C. § 1983 is summarily **DISMISSED** without prejudice, based on plaintiff's failure to exhaust available administrative remedies as required by 42 U.S.C. § 1997e(a); all pending motions (ECF Nos. 31, 36, 39, 41, & 51) are **DISMISSED** as moot; and this action is stricken from the active docket of the court.

ENTER: This 25th day of October, 2013.

/s/ James C. Turk
Senior United States District Judge